IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DENNIS PICKERING,

    Plaintiff,

v.        CASE NO. 1:09-cv-00087-MP-AK

ALS ENTERPRISES, INC., et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 24, Consent Motion to Stay Action, filed by Defendants. In the motion, Defendants request that this action be stayed until the United States Judicial Panel on Multidistrict Litigation ("JPML") rules on Plaintiff's motion (Doc. 6) to transfer this and related actions to the United States District Court for the Eastern District of Wisconsin for coordinated pretrial proceedings pursuant to 20 U.S.C. § 1407. That motion is currently set for hearing on May 28, 2009. Doc. 24, Exhibit A. As it is common practice for district courts to stay an action in the interest of judicial economy pending a transfer decision by the JPML, and as Plaintiff is unopposed to the requested stay, it is hereby

**ORDERED AND ADJUDGED:**

Defendants' Consent Motion to Stay Action (Doc. 24) is GRANTED. All proceedings in this action are stayed pending the decision of the JPML on Plaintiff's transfer motion.

**DONE AND ORDERED** this   *22nd* day of May, 2009

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge