IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DENNIS PICKERING,

    Plaintiff,

v.                          CASE NO. 1:09-cv-00087-MP-GRJ

ALS ENTERPRISES INC, et al.,

    Defendants.

_____/

## O R D E R

On February 2, 2012, the Court held a telephone status conference, in which all the parties participated. During the status conference, the parties advised that defendants' motion to dismiss and the parties' cross motions for summary judgment remain pending. The motions to dismiss were filed in this case before the case was transferred to the District of Minnesota in MDL No. 2059. However, the cross motions for summary judgment were prepared during the multidistrict litigation and contain issues and citations no longer relevant to this case. As such, the cross motions for summary judgment will need to be revised and resubmitted to the Court. The parties further advised that they needed to stipulate to the record to be remanded to this Court.

The January 10, 2012 order prepared by the transferee judge (doc. 29) states that discovery has been completed and the motion for class certification was denied. Additionally, the transferee judge advised that settlement was unlikely because there was an extensive effort made by the Court to settle the case without success. The Court, therefore, concludes that ordering the parties to further mediate this case would not be fruitful and is not necessary. Accordingly, the only remaining issues are the

Case 1:09-cv-00087-MP-GRJ   Document 33   Filed 02/06/12   Page 2 of 2

Page 2 of 2

scheduling of deadlines for filing and briefing dispostive motions, potential updating of expert reports and scheduling the final pretrial conference and trial.

The parties are directed to file with the clerk of the transferee court a stipulation or designation of the contents of the record to be remanded and to submit a joint report addressing the deadlines for filing and briefing dispositive motion, deadlines (if applicable) for updating expert reports and suggested dates for a final pretrial conference and trial.

Accordingly, it is now **ORDERED** as follows:

1. On or before **February 17, 2012**, the parties are directed to furnish the Clerk of the transferee court with a stipulation or designation of the contents of the record to be remanded and to file with this Court a joint report setting deadlines for filing and briefing dispositive motions and for scheduling the final pretrial conference and trial.

**DONE AND ORDERED** this 3rd day of February, 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge