**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

DENNIS PICKERING,

    Plaintiff,

v.                                                CASE NO. 1:09cv87-MP-GRJ

ALS ENTERPRISES INC, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the court on the parties' stipulated request for an extension of time to file motions for summary judgment. (Doc. 71). The parties request a two-week extension of summary judgment deadlines due to a serious and unexpected illness of an immediate family member of defendant's lead counsel. Upon consideration, the court will grant the requested extension.

Accordingly, the parties' stipulated request to extend the deadline to file motions for summary judgment (doc. 71) is GRANTED. The deadline for filing motions for summary judgment is extended to May 30, 2012.

**DONE and ORDERED** this 16th day of May, 2012.

                                                   s/ *M. Casey Rodgers*
                                                 **M. CASEY RODGERS
                                               CHIEF UNITED STATES DISTRICT JUDGE**