# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

DENNIS PICKERING,

    Plaintiff,

v.                                  CASE NO. 1:09cv87-MP-GRJ

ALS ENTERPRISES, INC., et al.,

    Defendants.

_____/

## O R D E R

This matter is before the court on defendants' motion for leave to file under seal. (Doc. 83). Defendants, A.L.S. Enterprises, Inc., Gander Mountain Company and Bass Pro Shops, Inc., move the court, in accordance with the March 13, 2012, protective order (doc. 44), for leave to file under seal the following documents, which contain information designated confidential pursuant to the protective order.

Accordingly, defendants' motion for leave to file under seal (doc. 83) is GRANTED and the following documents shall be placed under seal:

    1.    Exhibit 4 to the 5/29/12 declaration of Gregory Sesselmann;

    2.    Exhibits 9, 12, 13, 14 and 15 to the 5/30/12 declaration of Naikang Tsao; and

    3.    Defendants A.L.S. Enterprises, Inc., Gander Mountain Company and Bass Pro Shops, Inc.'s Motion and Memorandum of Law to Exclude Plaintiff's Damages Expert from Testifying at Trial.

**DONE and ORDERED** this 4th day of June, 2012.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**