# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

DENNIS PICKERING,

    Plaintiff,

v.                                                          CASE NO. 1:09cv87-MP-GRJ

ALS ENTERPRISES, INC., et al.,

    Defendants.

_____/

## O R D E R

    This matter is before the court on defendants' motion for leave to file under seal. (Doc. 85).  Defendants, Cabela's, Inc. and Cabela's Wholesale, Inc., move the court, in accordance with the March 13, 2012, protective order (doc. 44), for leave to file under seal the following documents, which contain information designated confidential pursuant to the protective order.

    Accordingly, defendants' motion for leave to file under seal (doc. 85) is GRANTED and the following documents shall be placed under seal:

    1.    Memorandum by Cabela's, Inc. and Cabela's Wholesale, Inc. in Support of Motion for Summary Judgment; and

    2.    Statement of Undisputed Material Facts by Cabela's, Inc. and Cabela's Wholesale, Inc. and exhibits B, C, D and F thereto.

    **DONE and ORDERED** this 4th day of June, 2012.

                                                    *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**