IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DENNIS PICKERING,

    Plaintiff,

v.                                                                          CASE NO. 1:09cv87-MP-GRJ

A.L.S. ENTERPRISES, INC., et al.,

    Defendants.

_____/

## O R D E R

This matter is before the court on the parties' motions for leave to file under seal. (Docs. 117, 127, 134, and 135). The parties move the court, in accordance with the March 13, 2012, protective order (doc. 44), for leave to file under seal certain documents which contain information designated confidential pursuant to the protective order.

Accordingly, the parties' motions for leave to file under seal (docs. 117, 127, 134, and 135) are GRANTED and the following documents shall be placed under seal:

    1.    Statement of Facts Disputed by Cabela's Incorporated and Cabela's Wholesale, Inc., in Opposition to Plaintiff's Motion for Summary Judgment on Injunctive Relief Claim;

    2.    Exhibits 4, 5 and 6 to the June 15, 2012, declaration of C. Ryan Maloney;

    3.    Defendants A.L.S. Enterprises, Inc., Gander Mountain Company and Bass Pro Shops, Inc.'s Response to Plaintiff's Statement of Undisputed Facts In Support of His Motion for Summary Judgment;

    4.    Defendant Browning, Inc.'s Response to Plaintiff's Statement of Undisputed Facts in Support of Motion for Summary Judgment on Injunctive Relief Claim; and

      5.      Plaintiff's Memorandum in Opposition to Defendants' Motions for Summary Judgment.

      **DONE and ORDERED** this 25th day of June, 2012.

      *s/ M. Casey Rodgers*
      **M. CASEY RODGERS**
      **CHIEF UNITED STATES DISTRICT JUDGE**